# United States District Court
# District of Rhode Island

Civil Action # 08-303 ML

NANCY A. DUSKA
Plaintiff

v.

MATTHEW D. DUSKA
Defendant

**Federal Question:**

If property is acquired by a widow solely through her own efforts prior to or during a subsequent marriage, does she lose her constitutional right to control of her property and must she, be subject to her husband's ex-wife's attorney's will to, disclose information about this property or that of her children to hostile parties of another state without her consent or legal representation, in a case which federal agents of the Administration for Children and Families division of the Department of Health and Human Services have denied her access to any information regarding the suit on her own behalf, or that of her husband, because she is not a party to the case?

Dated: August 5, 2008

Respectfully Submitted

Nancy A Duska

NANCY A. DUSKA
"Pro Se" Plaintiff

23 Valerie Drive
West Greenwich RI 02817-1560
(401) 392-8418