DEPARTMENT OF HEALTH & HUMAN SERVICES

ADMINISTRATION FOR CHILDREN AND FAMILIES
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

December 4, 2007

Nancy Duska
23 Valerie Drive
West Greenwich, RI 02817
401-392-8418

Dear Ms. Duska:

This letter is in response to your August 29, 2007, letter to the Administration for Children and Families regarding your child support concerns. As I stated in my interim letter to you on October 17, your letter was forwarded to this Office of Child Support Enforcement because we, with our Regional Offices have federal responsibility for the child support enforcement program.

State child support agencies cannot provide information about a child support case to people other than the parties directly involved. For specific information about your husband's case, he can write to the child support enforcement agency directly. If he is dissatisfied with the State's handling of the case, he might want to contact our Federal partners in the Regional Office located in Boston.

The address and phone number for the Massachusetts child support enforcement agency is:
Department of Revenue
P.O. Box 6561
Boston, MA 02114-9561
1-800-332-2733