# Commonwealth of Massachusetts
## THE TRIAL COURT
## PROBATE AND FAMILY COURT DEPARTMENT

**FRANKLIN DIVISION** **DOCKET #00D0145-DV1**

Carolyn Baskowski,
PLAINTIFF

v.

Matthew Duska,
DEFENDANT

Nancy A. Duska
23 Valerie Dr.
W. Greenwich RI 02817
401-392-8418

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Mass. R. Dom. Rel. P. 34(a) and (b), the plaintiff requests that the documents and other items described below be produced for inspection and copying by the Plaintiff's counsel and Plaintiff at the offices of Dorothy Meyer Storrow, 15 Franklin Street, PO Box 202, Greenfield, MA 01302.

DEFINITIONS

The following definitions will apply:

1. "Document" shall mean any written, graphic or other matter whether produced, reproduced or stored on paper, cards, or other like substance or electronically and shall include, without limitation, matter in the form of books, reports, statements, notebooks, emails, facsimiles, applications, agreements, appointment calendars, working papers, graphs, manuals, contracts, memoranda, notes, records, correspondence, diaries, bookkeeping entries, and any published materials and shall include, without limitation, originals, copies (with or without notes or changes thereon) and drafts.

2. "Person" shall mean any natural person, corporation, organization, group or body, including both the plural and the singular.

3. "Communication" shall mean and refer to all oral conversations or statements and all writings between two or more persons, including but not limited to, correspondence by letters, notes, emails, facsimiles, telegrams, telex or telecopies and all other electronic means for storing or transmitting information or data.

CLAIMS OF PRIVILEGE

If the Defendant claims that any requested document is privileged or constitutes attorney work product, the Defendant shall submit for each such document, in lieu thereof, a written statement which:

1. Identifies the date of the document;
2. Identifies the author or preparer of the document;
3. Briefly describes the general subject matter or contents of the document;
4. Identifies the person to whom the document was addressed and each person who received a copy of it; and
5. Lists the privilege(s) claimed.

TIME

Unless otherwise specified, discovery called for herein shall be for documents produced, prepared, or received during the period commencing on January 1, 2001 to the time the writings are produced.

PRODUCTION

Production of the requested documents is to take place at the offices of Attorney Dorothy Meyer Storrow, 15 Franklin Street, PO Box 202, Greenfield, MA thirty days after service of this request. Production may be by mail. Legible copies may be produced in lieu of originals.

REQUEST NO.1:

Copies of all federal and state income tax returns filed by you individually or jointly with another, together with accompanying worksheets and supporting vouchers, receipts and all other records substantiating said returns. In the event that 2006 returns are not completed at the time discovery is due, copies of all documents on which the income tax returns will be based, including without limitation tax forms including all 1098 and 1099 forms.

REQUEST NO. 2:

Copies of all bank statements, deposit slips, cancelled checks, or pass books for any checking or savings account of the Defendant, including those held by him in his name, in his name jointly with another person or entity, in his name as trustee for any other person, in another's name on his behalf from January 1, 2004 to present.

REQUEST NO.3:

Copies of all bank statements, deposit slips and cancelled checks for any checking or savings account of the Defendant's current spouse, including those held in her name, in her name jointly with another person or entity, in her name as trustee for any other person, in another name on her behalf from January 1, 2004 to present.

REQUEST NO. 4:

Records of all bank accounts upon which the Defendant is or was authorized to draw funds from January 1, 2004 to the present date.

REQUEST NO. 5:

All documents (including but not limited to brokerage statements) relating to stocks, shares, mutual funds, debentures and securities owned by you individually or jointly with another, owned by your spouse, or in which you have a direct and beneficial interest.

REQUEST NO. 6:

All documents relating to charge cards and charge accounts standing in your name or jointly with another or in the name of another if you have use of such cards or accounts, or if any part of your weekly expenses are paid by such cards or accounts, for the years 2004 to present.

REQUEST NO. 7

All deeds and all records (including without limitation all purchase and sales agreements, all agreements with real estate agencies or brokers, all HUD forms and all settlement statements) involving the purchase and/or sale of any real estate in which the Defendant or his current spouse has or had an interest, whether as an owner, beneficial owner, occupant, custodian for any other person or persons, trustee for any other person, persons, or corporation during the years 2000 to the present date.

REQUEST NO. 8

All documents relating to loan applications or personal financial statements made by you or your spouse in any capacity for the years 2001 to present.

REQUEST No. 9

All documents evidencing any current outstanding indebtedness of the Defendant or his current spouse.

REQUEST NO. 10

All documents relating to income (in all forms) received by you or your spouse including but not limited to W-2's, 1099's, K-1s and other forms of third party notification of income to you for the years 2004 to present.

REQUEST NO. 11

All documents relating to the defendant's employment and applications for employment, including but not limited to contracts for employment, resumes, references, applications, agreements or contracts with employment agencies, advertisements, offers of employment, and rejection letters, from January 1, 2004 to present.

REQUEST NO. 12

Any and all books, receipts, records, checks or other tangible evidence of charitable donations made by the plaintiff or on his or her behalf from January 1, 2004 to present.

Dated: December 3, 2006

Respectfully Submitted,

CAROLYN BASKOWSKI

By and through her attorney,

Dorothy Meyer Storrow
PO Box 202
Greenfield, MA 01302
(413) 772-2425
BBO# 548563