UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NANCY A. DUSKA

v.  CA 08-303 ML

MATTHEW D. DUSKA

ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Martin on December 10, 2008. This Court finds no merit in Plaintiff's objection. It may be that Plaintiff, appearing *pro se*, does not understand the limitation on this Court's subject matter jurisdiction. As Magistrate Judge Martin sets forth, this court lacks subject matter jurisdiction, and, therefore, the complaint must be, and is hereby, DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
December  18 , 2008